UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-20345-CIV-ALTONAGA/Damian

**EBONY NESBITT**,

      Plaintiff,
v.

**MIAMI-DADE COUNTY, FLORIDA**,

      Defendant.
_____/

## AMENDED FINAL JUDGMENT[1]

**THIS CAUSE** came before the Court for a jury trial.  (*See* [ECF Nos. 46–48]). The issues having been duly tried, the jury rendered its Verdict [ECF No. 49] as to Plaintiff, Ebony Nesbitt, finding that Defendant, Miami-Dade County, Florida, did not discriminate against her on the basis of her sex, race, or color.  (*See id.*).

Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1.    Plaintiff shall take nothing from Defendant, and the action is dismissed on the merits.

2.    Requests for costs shall not be submitted until after any post-trial motions are decided or an appeal is concluded, whichever occurs later.

3.    The Court retains jurisdiction over this cause and over the parties for the purposes of entering all further post-judgment orders that are just and proper.

---

[1] The Final Judgment [ECF No. 51] is amended to correct a record citation.

CASE NO. 23-20345-CIV-ALTONAGA/Damian

**DONE AND ORDERED** in Miami, Florida, this 1st day of February, 2024.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:     counsel of record